In the Matter of the Accounting of NATIONAL CITY BANK OF NEW YORK, as Trustee under the Trust Agreement Made by MARION E. L. BURKE, Respondent. GERTRUDE L. BURKE et al., as General Guardians of CLINTON F. BURKE, JR., and Another, Infants, Appellants; JOSEPH A. BAMBURY, as Guardian ad Litem for CLINTON F. BURKE, JR., and Another, Infants, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.   [See *post,* p. 746.]

■

## (December 17, 1952.)

■

ARTCO INDUSTRIAL CO., INC., Appellant, *v.* PENNSON INTERNATIONAL CORPORATION, Respondent.

*Per Curiam.* The case was tried by the court without a jury; the trial court saw and heard the witnesses; he did not accept the testimony of the sole witness for plaintiff, the buyer, but accepted defendant's evidence, properly found that plaintiff failed to prove any damages, and reached a just result.

The judgment in defendant's favor should be affirmed, with costs.

PECK, P. J. (dissenting). I think there was a sufficient ambiguity in the contract to warrant taking parol evidence as to the intention of the parties, particularly as to whether the presence of the material on the ship was an assurance by the defendant, or only an assumption by both parties, so that if the assumption proved to be contrary to the fact the contract was vitiated. The trial court did not pass on this issue. I also think that the evidence as to the market value was not so slight as to be disregarded. There should be a new trial, both as to the issue of the breach and damages.

Dore, Callahan, Van Voorhis and Breitel, JJ., concur in *Per Curiam* opinion; Peck, P. J., dissents in opinion.

Judgment affirmed, with costs.